IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN SOUTHERN
INSURANCE COMPANY

    Plaintiff,

v.                               CASE #8:11-CV-2278-T-30TGW

FLORIDA YOUTH ATHLETIC
ASSOCIATION; SUNCOAST YOUTH
FOOTBALL CONFERENCE;
and MIRANDA GREGORY;

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT AS TO
## FLORIDA YOUTH ATHLETIC ASSOCIATION AND
## SUNCOAST YOUTH FOOTBALL CONFERENCE

THIS CAUSE came before the Court upon a Motion for Default Judgment (Dkt. #18) filed by Plaintiff, American Southern Insurance Company, ("Plaintiff").

THE COURT has noted the return of service for Florida Youth Athletic Association dated October 18, 2011. The Court has noted the return of service for Suncoast Youth Football Conference dated October 31, 2011. It appears from Plaintiff's Motion and a review of the docket that both Defendant Florida Youth Athletic Association and Defendant Suncoast Youth Football Conference have failed to answer or otherwise respond to the Complaint. Further, clerk defaults were entered against

1

Defendants Florida Youth Athletic Association and Suncoast Youth Football Conference on November 29, 2011. Accordingly, it is

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Default Judgment (Dkt. #18) filed by Plaintiff, American Southern Insurance Company, is GRANTED.

2. Judgment is hereby entered in favor of Plaintiff AMERICAN SOUTHERN INSURANCE COMPANY and against Defendants Florida Youth Athletic Association and Suncoast Youth Football Conference. It is further ADJUDGED that:

(a) Suncoast Youth Football Conference, Inc. is not an insured under American Southern Insurance Company policy GL130001-100078; and

(b) that because Suncoast Youth Football Conference, Inc. is not an insured under policy GL130001-100078, American Southern Insurance Company is not obligated to defend or indemnify Suncoast Youth Football Conference, Inc. with respect to any and all claims arising out of the September 25, 2010 incident involving Miranda Gregory.

**DONE and ORDERED** in Tampa, Florida on December 5, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\11-cv-278 default fj.doc

2