UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN SOUTHERN
INSURANCE COMPANY,

    Plaintiff,

v.                                Case No.  8:11-cv-2278-T-30TGW

FLORIDA YOUTH ATHLETIC
ASSOCIATION and
MIRANDA GREGORY,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Miranda Gregory's Bill of Costs (Dkt. #84). Defendant Miranda Gregory seeks costs in the amount of $1,434.50. The Court concludes that Defendant Miranda Gregory is entitled to recover all costs contained in her Bill of Costs (Dkt. #84).

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Miranda Gregory's Bill of Costs (Dkt. #84) is **GRANTED**.

2. The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff American Southern Insurance Company and in favor of Defendant Miranda Gregory in the amount of **$1,434.50** for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida on January 15, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-2278.bill of costs Order.wpd